No. 78–5630. GREAR v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 78–5636. RANDALL v. FITZMORRIS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–5644. RICHARDSON v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78–5646. WARNER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 78–5647. MCCLURE v. BALKCOM, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78–5652. WRIGHT v. WILLIAMS. C. A. 4th Cir. Certiorari denied.

No. 78–5653. MAGANN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5654. WILLIAMS v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–5656. MANNING v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78–5657. SPYCHALA v. GUNN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–5663. HUNTER v. GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–5665. PROCK v. DERRYBERRY, ATTORNEY GENERAL OF OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 78–5668. RIGGS v. GIANNETTA ET AL. C. A. 6th Cir. Certiorari denied.